```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 17775
    JULIUS WADE
    KIMBERLY WADE                             CHAPTER 13

                                              JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-1874     SSN XXX-XX-8859

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/10/2008 and was not confirmed.

     The case was dismissed without confirmation 10/06/2008.
--------------------------------------------------------------------------------
  CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
  HOME LOAN SERVICES INC   CURRENT MORTG          .00           .00           .00
  HOME LOAN SERVICES INC   MORTGAGE ARRE          .00           .00           .00
  BANK OF AMERICA          UNSECURED       NOT FILED            .00           .00
  CHASE BP                 UNSECURED       NOT FILED            .00           .00
  CITIBANK                 UNSECURED       NOT FILED            .00           .00
  ADVOCATE BETHANY HOSPITA UNSECURED       NOT FILED            .00           .00
  GE MONEY BANK            UNSECURED          110.03            .00           .00
  INGALLS MEMORIAL HOSPITA UNSECURED       NOT FILED            .00           .00
  VILLAGE OF HOMEWOOD      UNSECURED          150.00            .00           .00
  LVNV FUNDING             UNSECURED          116.94            .00           .00
  T MOBILE                 UNSECURED          630.27            .00           .00
  US BANK/RETAIL PAYMENT   UNSECURED       NOT FILED            .00           .00
  HOUSEHOLD BANK           UNSECURED          322.05            .00           .00
  ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     3,351.50                        1,063.56
  TOM VAUGHN               TRUSTEE                                            82.52
  DEBTOR REFUND            REFUND                                            332.28

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
  TRUSTEE                    1,478.36

  PRIORITY                                        .00
  SECURED                                         .00
  UNSECURED                                       .00
  ADMINISTRATIVE                             1,063.56
  TRUSTEE COMPENSATION                          82.52
  DEBTOR REFUND                                332.28
                           --------------    --------------
  TOTALS                     1,478.36          1,478.36


                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 17775 JULIUS WADE & KIMBERLY WADE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```